UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AARON WATSON, | ) |
| | ) |
|     Petitioner, | ) Case No. EDCV 16-1432 AB (AJW) |
| | ) |
|     v. | ) |
| | ) JUDGMENT |
| STATE OF CALIFORNIA, | ) |
| | ) |
|     Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: July 22, 2016

_____
André Birotte Jr.
United States District Judge